IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA FIGUEROA, A Parent and Natural Guardian of LIANA FIGUEROA, a Minor and MARIA FIGUEROA, Individually | : : : : | CIVIL ACTION |
| v. | : : | |
| UNITED STATES OF AMERICA and PAMELA J. FLENDERS, R.N., C.N.M., SHAWNEE T. DUREN, R.N., TEMPLE PHYSICIANS, INC., and TEMPLE EAST, INC. | : : : : | NO. 10-7340 |

**O R D E R**

AND NOW, this 25th day of April, 2012, upon consideration of several pending motions, and for the reasons set forth in the attached memorandum, it is hereby **ORDERED** that:

(1) The United States' Motion for Leave to Implead Third Party Defendant Erin Corley and to Assert Cross-Claims Against Non-Federal Defendants [Docket # 26] is **GRANTED.**

(2) The Motion of Pamela Flenders, R.N., Shawnese T. Duren, R.N., C.N.M., Temple Physicians, Inc., and Temple East, Inc. to Assert Cross-Claims Against the Defendant United States [Docket #29] is **GRANTED.**

(3) The third party complaint against Erin Corley, P.A., and the cross-claims, must be filed by May 4, 2012.

(4) Counsel shall place a telephone conference call to chambers on May 30, 2012 at 3:30 p.m. The purpose of this call will be to discuss the scheduling of additional discovery related to the new pleadings and the setting of other pretrial deadlines. Plaintiff's Counsel is to set up the May 30th conference call.

BY THE COURT:

S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

By E-mail to: Hon. Thomas N. O'Neill, Jr.
Patricia M. Giordano, Esq.     pgiordano@feldmanshepherd.com
Carol Nelson Shepherd, Esq.    cshepherd@feldmanshepherd.com
Eric D. Gill, Esq.             eric.gill@usdoj.gov
Susan Dein Bricklin, Esq.      susan.bricklin@usdoj.gov
Mary Ellen Reilly, Esq.        mreilly@gallireillylaw.com
Richard R. Galli, Esq.         rgalli@gallireillylaw.com